UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 03-331 (CKK) |
| ) | |
| v. ) | UNDER SEAL |
| ) | |
| ISMAEL ZAMBADA GARCIA, ) | |
|    also known as "Mayo Zambada- ) | |
|    Garcia," "Mayo Zambada," ) | |
|    "Mayo," "El Mayo," and "El ) | |
|    Viejo," ) | |
| ) | |
|                Defendant. ) | |

## GOVERNMENT'S MOTION TO UNSEAL CASE

The United States of America, by and through the undersigned attorney, respectfully move this Court for an order to unseal the case as to defendant, Ismael Zambada Garcia. In light of the Defendant's arrest in the United States and appearances in the United States District Court for the Western District of Texas and the United States District Court for the Eastern District of New York, the reasons for sealing the arrest warrant, and record no longer apply.

### Background

1. On April 2, 2009, a federal grand jury sitting in the District of Columbia returned a Third Superseding Indictment against the defendant, Ismael Zambada Garcia, also known as "Mayo Zambada-Garcia," "Mayo Zambada," "Mayo," "El Mayo," and "El Viejo," ("Defendant"), Chief Judge Royce C. Lamberth signed the arrest warrant for the Defendant.

2. Also on the same day, the Government filed a motion to seal the Indictment and arrest warrant, based on the grounds of needing to ensure the safety of witnesses and law enforcement officers and allow the Government the ability to apprehend the Defendant, without alerting the defendant of his impending arrest.

1

3.  The defendant was arrested on July 25, 2024, and had his initial appearance in the Western District of Texas on July 26, 2024, and in the Eastern District of New York on September 13, 2024.

4.  Therefore, because the original concerns for seeking the sealing of the docket are no longer issues, the Government moves to unseal the docket as to the Defendant.

## CONCLUSION

For all the foregoing reasons, counsel for the Government respectfully requests that the docket in the present case be unsealed as to Ismael Zambada Garcia, also known as "Mayo Zambada-Garcia," "Mayo Zambada," "Mayo," "El Mayo," and "El Viejo."

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:  */s/ Douglas Meisel*
DOUGLAS MEISEL
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE, Suite 300
Washington, D.C. 20530